THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>MUKUND MOHAN,<br><br>                Defendant. | CASE NO. CR21-0041-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion for an order permitting deposit of funds into the Court's registry (Dkt. No. 34). Having thoroughly considered the motion and the record before the Court, and finding good cause, the motion is GRANTED for the reasons described below.

Defendant is currently charged by Information with wire fraud and money laundering relating to fraudulently obtained Paycheck Protection Program loans. (Dkt. Nos. 32, 34). The parties anticipate entering into a plea agreement, which requires Defendant to pay the balance of the loan proceeds he retained, $16,301.16, to the Clerk of Court. (Dkt. No. 34 at 2.) Pursuant to Local Civil Rule 67(a), all deposits into the Court's Registry must be accompanied by a court order permitting the deposit of such funds. (Dkt. No. 34).

Accordingly, it is ORDERED that the Clerk of Court accept the deposit of $16,301.16, into the Registry of the Court pursuant to Local Civil Rule 67(a).

1    DATED this 12th day of March 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE