The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MUKUND MOHAN,

    Defendant.

No. 2:21-cr-00041-JCC

[~~PROPOSED~~]
ORDER GRANTING MOTION
TO AUTHORIZE TRAVEL

Defendant requests permission to travel to Bend, Oregon from July 4 through July 10, 2021 to travel with his family and his sister's family during the Fourth of July week. Dkt. _46_. Defendant represents that the Government does not oppose the motion. The Court accordingly GRANTS defendant's motion, Dkt. _46_, and ORDERS: Defendant may travel to Bend, Oregon departing from the Western District of Washington no earlier than July 4, 2021 and returning to this District no later than July 10, 2021. _Before he departs,_ Defendant shall provide his supervising pretrial officer with his travel plans, where he will stay in Oregon, and any contact information associated with the location at which he will stay. All other conditions of release shall remain in full effect.

DATED: _July 2nd_, 2021.

_____
_Brian Tsuchida_
THE HONORABLE ~~JOHN C. COUGHENOUR~~
UNITED STATES ~~DISTRICT~~ _MAGISTRATE_ JUDGE

[PROPOSED] ORDER GRANTING MOTION
TO AUTHORIZE TRAVEL
NO. 2:21-cr-00041-JCC – Page 1

Yarmuth LLP

501 East Pine Street, Suite 201
Seattle, Washington 98122
phone 206.516.3800  fax 206.516.3888

*Presented by:*

**YARMUTH LLP**

By: *s/ Robert Westinghouse*
Robert Westinghouse, WSBA No. 6484
501 East Pine Street, Suite 201
Seattle, WA 98122
Telephone: (206) 516-3800
Email: rwestinghouse@yarmuth.com

*Attorney for Defendant Mukund Mohan*

[PROPOSED] ORDER GRANTING MOTION
TO AUTHORIZE TRAVEL
NO. 2:21-cr-00041-JCC – Page 2

1188.01 vf292506 6/30/21



501 East Pine Street, Suite 201
Seattle, Washington 98122
phone 206.516.3800   fax 206.516.3888