The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MUKUND MOHAN,<br><br>　　　　　Defendant. | No. 2:21-cr-00041-JCC<br><br>[~~PROPOSED~~] **ORDER GRANTING MOTION FOR WITHDRAWAL** |

IT IS HEREBY ORDERED that the Motion for Withdrawal of counsel, Robert Westinghouse, filed by Defendant Mukund Mohan, be and the same is hereby GRANTED; and Robert Westinghouse is hereby withdrawn and relieved of representation as counsel of record for Defendant.

DATED this 24th day of September 2021.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE

[~~PROPOSED~~] ORDER GRANTING
MOTION FOR WITHDRAWAL
No. 2:21-cr-00041-JCC – Page 1



501 East Pine Street, Suite 201
Seattle, Washington 98122
phone 206.516.3800   fax 206.516.3888

1188.01 vi162502 0/0/00