THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>MUKUND MOHAN,<br><br>                    Defendant. | CASE NO. CR21-0041-JCC<br><br>ORDER |

This matter comes before the Court on the parties stipulated motion to disburse registry finds. (Dkt. No. 66.) Finding good cause, the motion is GRANTED in part. Pursuant to Local Civil Rule 67(b) (made applicable by Local Criminal Rule 1(a)), the Clerk of the Court is authorized and directed to disburse funds deposited in the Registry of the Court in the amount of $16,301.16, plus interest, to the restitution imposed by the judgment in this case, then to the monetary penalties and assessment, with the remainder, if any, returned to Defendant.

DATED this 6th day of December 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE