UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MUKUND MOHAN,<br><br>    Defendant. | No. CR21-041-JCC<br><br>[~~PROPOSED~~]<br><br>***CORRECTED* FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property: (collectively, the "Subject Property"):

1. $4,500 in U.S. funds seized on July 23, 2020, from Azlo account ending in 0798, held in the name of Vangal, Inc.;

2. $73,262.38 in U.S. funds seized on July 23, 2020, from Azlo account ending in 3419, held in the name of Zigantic, LLC;

3. $129,295.46 in U.S. funds seized on July 30, 2020, from the Bank of America account ending in 6319, held in the name of Zuput, Inc.;

4. $394,000 in U.S. funds seized on July 24, 2020, from Chase Bank account ending in 8877, held in the name of Expect Success, Inc.;

Corrected Final Order of Forfeiture - 1
*United States v. Mukund Mohan,* CR21-041-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101
(206) 553-7970

5.     $431,250 in U.S funds seized on July 24, 2020, from Chase Bank account ending in 9159, held in the name of Mahenjo, Inc.;

6.     $506,277 in U.S. funds seized on July 24, 2020 from Chase Bank account ending in 9773, held in the name of Gitgrow, Inc.; and

7.     $231,471 in U.S. funds seized on July 23, 2020 from Robinhood account ending in 4609, held in the name of Mukund Mohan.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On July 16, 2021, the Court entered a Preliminary Order of Forfeiture finding the above-identified property forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c), and 18 U.S.C. § 982(a)(1) and forfeiting the Defendant's interest in it. Dkt. No. 58;

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C), Dkt. No. 63, and provided direct notice to a potential claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A), *see* Declaration of AUSA Jehiel I. Baer in Support of Motion for Entry of a Final Order of Forfeiture ¶ 2 and <u>Exhibit A</u>; and,

- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1.     No right, title, or interest in the above-identified property exists in any party other than the United States;

2.     The property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

///

///

Corrected Final Order of Forfeiture - 2
*United States v. Mukund Mohan,* CR21-041-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The U.S. Department of Treasury, the Internal Revenue Service, and/or their representatives, are authorized to dispose of the property as permitted by governing law.

IT IS SO ORDERED.

DATED this 25th day of February 2022.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

  *s/ Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Jehiel.Baer@usdoj.gov

Corrected Final Order of Forfeiture - 3
*United States v. Mukund Mohan,* CR21-041-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970