The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MUKUND MOHAN,<br>Defendant. | No. CR21-041-JCC<br>[~~PROPOSED~~]<br>**ORDER SUBSTITUTING U.S. SMALL BUSINESS ADMINISTRATION FOR LENDERS** |

Having reviewed the records in this case, and upon motion of the United States, and any response thereto, the Court hereby grants the United States' Motion to Substitute the United States Small Business Administration for Lenders.

Accordingly, it is hereby ORDERED that the United States Small Business Administration shall be substituted for lenders Peoples Bank, Live Oak Banking, and Endeavor Bank.

According to information provided by the Clerk, the outstanding amount of restitution owed to victim lenders Peoples Bank, Live Oak Banking, and Endeavor Bank, are $403,172.83, $368,348.05, and $758,298.65, respectively. The Court hereby ORDERS that the Clerk disburse all future restitution payments toward these three outstanding balances to the United States Small Business Administration in the amount of $1,529,819.53.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The United States will provide the Clerk with the necessary payment information for the United States Small Business Administration.

So ORDERED this 5th day of August 2022.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

  *s/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney

Order Substituting U.S. Small Business Administration - 2
*United States v. Mukund Mohan,* CR21-041- JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101
(206) 553-7970