THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-0041-JCC |
| Plaintiff, | ORDER |
| v. | |
| MUKUND MOHAN, | |
| Defendant. | |

This matter comes before the Court on Defendant's motion to authorize travel (Dkt. No. 77). In his motion, Defendant, who is presently on supervised release, (*see* Dkt. No. 62), asks the Court to authorize travel to Cancun Mexico from November 22 to November 27, 2023. The Government does not object to this request. Finding good cause, the motion is GRANTED. Defendant may travel to Cancun, Mexico no earlier than Nov 22, 2023, and return to this District no later than Nov 27, 2023. Defendant shall provide his probation officer with his travel plans, including where he will stay in Cancun, and any contact information associated with the location at which he will stay. All other conditions release shall remain in full effect.

The Clerk is DIRECTED to provide Defendant with a copy of this Order.

//

//

//

ORDER
CR21-0041-JCC
PAGE - 1

1    DATED this 26th day of October 2023.

2

3

4

5    John C. Coughenour
     UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
CR21-0041-JCC
PAGE - 2