The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: 2:21-CR-00041 JCC |
| v. | ) [~~PROPOSED~~] ORDER GRANTING MOTION FOR WITHDRAWAL |
| MUKUND MOHAN, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that the Motion for Withdrawal of counsel, Robert M. McCallum, be and the same is hereby GRANTED; and Robert M. McCallum is hereby withdrawn and relieved of representation as counsel of record for Defendant.

DATED this 8th day of November 2023.

*/s/ John C. Coughenour*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
MOTION FOR WITHDRAWAL - 1
No. 2:21-CR-00041-JCC

/23852

LeSourd & Patten, P.S.
20 6th Ave NE
Issaquah, WA  98027
Phone:  206-624-1040
Fax:       206-223-1099