THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-0041-JCC |
| Plaintiff, | ORDER |
| v. | |
| MUKUND MOHAN, | |
| Defendant. | |

This matter comes before the Court on Defendant's motion to authorize travel (Dkt. No. 83). In his motion, Defendant, who is presently on supervised release, (*see* Dkt. No. 62), asks the Court to authorize travel to Bangalore, India from August 15, 2024, to October 15, 2024. The Court understands that the Government does not object to this request. Finding good cause, the motion is GRANTED. Defendant may travel to Bangalore no earlier than August 14, 2024, and return to this District no later than October 16, 2024. Defendant shall provide his probation officer with his travel plans, including where he will stay, and any contact information associated with the location at which he will stay. All other conditions release shall remain in full effect.

The Clerk is DIRECTED to provide Defendant with a copy of this Order.

//

//

//

DATED this 5th day of August 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE